MOLLY M. WHITE, Cal. Bar No. 171448
E-mail: whitem@sec.gov
JUNLING MA, Cal. Bar No. 213241
E-mail: maj@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Rosalind Tyson, Regional Director
Michele Wein Layne, Associate Regional Director
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036-3648
Telephone:  (323) 965-3998
Facsimile:   (323) 965-3908

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>HENRY T. NICHOLAS III, HENRY SAMUELI, WILLIAM J. RUEHLE, and DAVID DULL,<br><br>Defendants. | Case No. SACV 08-0539 CJC (RNBx)<br><br>**NOTICE OF INTENT NOT TO PROCEED FURTHER IN THIS ACTION** |

    Plaintiff Securities and Exchange Commission ("Commission") files this Notice of Intent Not to Proceed Further in this Action. After careful consideration of the Court's sua sponte dismissal of the Commission's Complaint on December 15, 2009, and the Court's comments during the January 28, 2010 hearing, the Commission does not intend to proceed further in this action.

DATED: February 4, 2010

/s/ Molly M. White
MOLLY M. WHITE
JUNLING MA
Attorneys for Plaintiff
Securities and Exchange Commission

1

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

[X]   U.S. SECURITIES AND EXCHANGE COMMISSION, 5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036-3648

Telephone No. (323) 965-3998; Facsimile No. (323) 965-3908.

On February 4, 2010, I served the following document entitled **NOTICE OF INTENT NOT TO PROCEED FURTHER IN THIS ACTION** on all the parties to this action addressed as stated on the attached service list:

[X]   **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

[ ]   **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

[ ]   **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

[ ]   **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

[ ]   **FEDERAL EXPRESS:** By placing in sealed envelope(s) designated by Federal Express with delivery fees paid or provided for, which I deposited in a facility regularly maintained by Federal Express or delivered to a Federal Express courier, at Los Angeles, California.

[ ]   **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

[ ]   **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

[X]   **(Federal)** I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct.

Date: February 4, 2010

*/s/ Magnolia M. Marcelo*
MAGNOLIA M. MARCELO

## SEC v. HENRY T. NICHOLAS III, et al.
### United States District Court – Central District of California
### Case No. SACV08-539 CJC (RNBx)
### (LA-3232)

## SERVICE LIST

John W. Spiegel, Esq.
Gregory J. Weingart, Esq.
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Email: john.spiegel@mto.com
Email: gregory.weingart@mto.com
***Attorneys for Defendant Henry T. Nicholas III***

Brendan V. Sullivan, Jr., Esq.
Barry Simon, Esq.
Lance A. Wade, Esq.
Kevin M. Downey, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Email: bsullivan@wc.com
Email: bsimon@wc.com
Email: gborden@wc.com
Email: kdowney@wc.com
***Attorneys for Defendant Henry T. Nicholas III***

Gordon A. Greenberg, Esq.
Jon Dean, Esq.
McDermott, Will & Emory
2049 Century Park East, 34th Floor
Los Angeles, CA 90067
Email: ggreenberg@mwe.com
Email: jdean@mwe.com
***Attorneys for Defendant Henry Samueli***

Richard Marmaro, Esq.
Jack P. DiCanio, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 S. Grand Avenue, Suite 3400
Los Angeles, California 90071
Email: richard.marmaro@skadden.com
Email: jack.dicanio@skadden.com
***Attorneys for Defendant William J. Ruehle***

Seth Aronson, Esq.
J. Jorge DeNeve, Esq.
O'Melveny & Myers
400 S. Hope Street
Los Angeles, CA 90071
Email: saronson@omm.com
Email: jdeneve@omm.com
***Attorneys for Defendant David Dull***

James R. Asperger, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Email: jimasperger@quinnemanuel.com
***Attorney for Defendant David Dull***